Prob 12C
(Rev. 08/15 - D/SC)

# United States District Court

for

District of South Carolina

2016 JUN -1 PM 3:58

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jerome Vance  **Case Number:** 4:11CR00074-001

**Name of Sentencing Judicial Officer:** The Honorable R. Bryan Harwell, United States District Judge

**Date of Original Sentence:** September 26, 2011

**Original Offense:** Use of a Firearm During, In Relation to and In Furtherance of a Drug Trafficking Crime, in violation of U.S.C. § 924(c)(1)(A)

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 60 months followed by a 5 year term of supervised release with the following special conditions: 1) The defendant shall satisfactorily participate in a substance abuse treatment program, to include drug testing, as approved by the U.S. Probation Office; and 2) The defendant shall participate in a Vocational Training Program as approved by the U.S. Probation Office.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** August 27, 2014

**Assistant U.S. Attorney:** Alfred A. Bethea  **Defense Attorney:** Rose Mary Parham

**Previous Court Action/Notification(s):**
On July 18, 2014, pursuant to the Reduction of Sentence for Changed Circumstances (Fed.R. Crim. P. 35(b)), Jerome Vance's sentence was reduced from 5 years to time served, consecutive to any other sentence. Other aspects of previous sentence remain in effect.

On May 20, 2016, the Court was notified of the violations contained in this petition, with a recommendation to hold them in abeyance. The Court ordered that a warrant be issued.

---

### PETITIONING THE COURT

[X] To issue a warrant

[ ] To issue a summons

Prob 12C  
(Rev. 08/15 - D/SC)

Page 2

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **New Criminal Conduct**: On May 9, 2016, Mr. Vance was arrested by the Sumter County Sheriff's Department for Trafficking in Cocaine, 28 Grams or More, but Less Than 100 Grams – 1st Offense. During an undercover operation a traffic stop was conducted and the defendant was the driver of the vehicle. Officers could smell an odor of marijuana coming from within the vehicle. A subsequent search of the vehicle revealed a black bag which contained two plastic bags that contained a white powdery substance, believed to be cocaine, $150.00 in cash and several lottery tickets. |
| 2. | **Use of Illegal Drugs**: On May 16, 2016, Mr. Vance tested positive for marijuana, Cocaine and Benzodiazepine use. He admitted to using marijuana and cocaine prior to submitting the urine sample. This sample was confirmed positive for marijuana, Cocaine and Benzodiazepine use by Alere Toxicology Services, Inc. using GC/MS testing. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____May 26, 2016____

*Eugene E. Rodillo, Jr.* (signature)

Eugene E. Rodillo, Jr.  
U.S. Probation Officer

Reviewed and Approved By:

*Todd E. Salley* (signature)

Todd E. Salley  
Supervising U.S. Probation Officer

---

## THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

Prob 12C
(Rev. 08/15 - D/SC)

## BOND CONSIDERATION:

2016 JUN -1 PM 3:58

☒ Bond to be set at the discretion of the United States Magistrate Judge.

☐ No bond to be set.

☐ Other (specify):

_____
R. Bryan Harwell
United States District Judge

6-1-16
Date